John Williams, Appellant, v. A. D. Stanton, Sheriff of Madison County, Florida, Appellee.

An appeal from a Decree of the Circuit Court within and for the County of Madison.

Appeal dismissed on motion of counsel for appellee at costs of appellant.

No appearance for Appellant;

*J. R. Kelly,* for Appellee.

---

Tim Allen, Plaintiff in Error, v. State of Florida, Defendant in Error.

A writ of error to a judgment of the Circuit Court within and for the County of Jackson.

Writ of error dismissed on motion of Attorney General at the costs of Jackson County.

No appearance for Plaintiff in Error;

*T. F. West,* Attorney General, for the State.